UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Carlos M Nieves
Deborah Acevedo

Case No.: 15-06677
Chapter 7

_____Debtor(s)_____/

MOTION FOR AND NOTICE OF PROPOSED COMPROMISE OF CONTROVERSY

Arvind Mahendru, trustee ("Trustee"), by and through his undersigned attorney, hereby gives notice to parties in interest pursuant to F.R.B.P. 9019, moves the Court to enter its order approving the following proposed compromise of controversy, moves for an order directing that service of any order granting or denying this motion be limited to the debtors, debtors' attorney, Trustee, attorney for the Trustee, the Office of the United States Trustee, any other parties to the proposed transaction, and any objecting party, and in support says:

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within (21) twenty-one days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington St., Suite 5100, Orlando, Florida 32801and serve a copy on Arvind Mahendru, Trustee, 5703 Red Bug Lake Road #284, Winter Springs, Florida 32708 and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

1. **Background:**

Carlos M Nieves, Deborah Acevedo, debtor(s) herein ("Debtors") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in this Court on August 3, 2015. The 11 U.S.C. §341 Meeting of Creditors was concluded on September 8, 2015.

**2.    The Controversy:**

The Trustee filed a Motion for Turnover in regards to debtor's 2015 tax refund. The Court entered an Order granting the turnover of $5,692.00 to the bankruptcy estate. The debtor, Deborah Acevedo, objects to the turnover of the tax refund due to identity theft of her taxpayer account which resulted in a freeze of her tax refund.

**3.    The Compromise:**

The Trustee and the Debtors have reached a proposed settlement in regards to the turnover of the 2015 tax refund whereby the Debtors will pay the bankruptcy estate a total of $2,500.00 U.S. in a single lump sum payment which has been paid to the Trustee.

**4.    Best Interests of the Estate:**

The Trustee believes that the settlement is in the best interest of the estate. The proposed settlement resolves the controversy without incurring legal fees and costs associated with litigation. The settlement eliminates the risk associated with litigation and the possibility of appeals. The settlement of the controversy and the payments by the Debtor allows for the timely administration of the bankruptcy case.

CERTFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by US first class mail to all parties on the attached mailing matrix on June 9, 2017.

/s/Arvind Mahendru, Esq.
Arvind Mahendru, Esq.
5703 Red Bug Lake Rd #284
Winter Springs, Florida 32708
Telephone (407) 504-2462
E-mail: amtrustee@gmail.com