## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

                                                                                                   Case No.: 15-06677

                                                                                                                                Chapter 7

Carlos M Nieves
Deborah Acevedo

                    Debtor(s)        /

### REPORT OF SALE

NOTICE IS GIVEN THAT on or about May 23, 2017, the sale of the estate's interest in the following described items were sold for a total of $208,200.00 to Melvin Javel Martinez and Geraldine Belen Martinez. The sale was completed pursuant to the Motion to Sell Property Free and Clear of Liens dated April 06, 2017 (doc. No. 32) and Order Granting Motion to Sell Free and Clear of Liens, Encumbrances and Interests dated May 17, 2017 (doc # 47).
2472 Monte Cristo Way Sanford, FL 32771

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been sent by electronic filing to the United States Trustee's Office, this July 31, 2017.

                                                               /s/ Arvind Mahendru, Trustee
                                                                Arvind Mahendru, Esq.
                                                                5703 Red Bug Lake Road #284
                                                                Winter Springs, Florida 32708
                                                                Telephone (407) 504-2462